The Law Office of Anthony Paul Diehl
Anthony Paul Diehl, Esq. SBN 342160
104 Blue Note
Irvine, California 92618
Phone (949) 694-9702
Facsimile (949) 694-9704
anthony@apdlaw.net

*Attorney for Plaintiff*
*MICHELLE VELOTTA*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE VELOTTA,<br><br>    Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>    Defendant. | Case No. EDCV 24-1546-MWF(SHKx)<br><br><br>**NOTICE OF SETTLEMENT** |

1
PLAINTIFF'S NOTICE OF SETTLEMENT, PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(I),

TO THE HONORABLE COURT AND ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff MICHELLE VELOTTA ("Plaintiff") and Defendant MIDLAND CREDIT MANAGEMENT ("Defendant") have agreed to terms to settle the claims herein, subject to the full execution of a confidential agreement.

Plaintiff intends to file a request for dismissal with prejudice as to all Defendants within sixty (60) days or less. In light of the settlement, Plaintiff respectfully requests the Court vacate all future hearings and deadlines in this case.

RESPECTFULLY SUBMITTED,

Date: January 1, 2025        By: /s/ Anthony P. Diehl
                                  Anthony P. Diehl, Esq.

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served via email to the parties listed on the service list with the Court, and to the parties authorized to receive via this Court's CM/ECF system on January 1, 2025.

5:24-cv-01546-MWF-SHK Notice will be electronically mailed to:

1) Ethan Bijan Shakoori: sdurazo@swsslaw.com, eshakoori@swsslaw.com, sdurazo@ecf.courtdrive.com

2) Thomas F Landers: tlanders@swsslaw.com, sdurazo@swsslaw.com, wdoolittle@swsslaw.com, tlanders@ecf.courtdrive.com

                                                                     By: /s/ Anthony P. Diehl
                                                                          Anthony P. Diehl