UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 5:24–cv–01546–MWF–SHK | Date | January 29, 2025 |
|---|---|---|---|

| Title | MICHELLE VELOTTA V. MIDLAND CREDIT MANAGEMENT, INC. |
|---|---|

---

PRESENT: THE HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

Rita Sanchez                         Not Reported;
Courtroom Deputy                     Court Reporter

Attorney(s) Present for Plaintiff(s):        Attorney(s) Present for Defendant(s):
None Present                                  None Present

**PROCEEDINGS (IN CHAMBERS): COURT ORDER**

In light of the Notice of Settlement filed 1/01/2025, the Court sets a hearing on Order To Show Cause Re Dismissal for March 31, 2025 at 11:30 AM. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

**IT IS SO ORDERED.**

Initials of Clerk: rs