THOMAS F. LANDERS [SBN 207335]
tlanders@swsslaw.com
ETHAN B. SHAKOORI [SBN 330753]
eshakoori@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755

Attorneys for Defendant
MIDLAND CREDIT MANAGEMENT, INC.

Anthony Paul Diehl, Esq. SBN 342160
The Law Office of Anthony Paul Diehl
104 Blue Note
Irvine, California 92618
Phone (949) 694-9702
Facsimile (949) 694-9704
anthony@apdlaw.net

Attorney for Plaintiff
MICHELLE VELOTTA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| MICHELLE VELOTTA,<br><br>    Plaintiff,<br><br>    v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>    Defendant. | Case No. 5:24-cv-01546-MWF-SHK<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Judge:  Hon. Michael W. Fitzgerald<br>Magistrate Judge:  Hon. Shashi H. Kewalramani<br><br>Action Filed:  July 24, 2024 |

1  Plaintiff Michelle Velotta and Defendant Midland Credit Management, Inc., by
2  and through their undersigned counsel, stipulate to dismiss this action in its entirety
3  with prejudice. Each party to bear its own attorneys' fees and costs.

4  DATED: February 14, 2025    SOLOMON WARD SEIDENWURM & SMITH, LLP

By:  */s/ Ethan B. Shakoori*
THOMAS F. LANDERS
ETHAN B. SHAKOORI
Attorneys for Defendant
MIDLAND CREDIT MANAGEMENT INC.

DATED: February 14, 2025    THE LAW OFFICE OF ANTHONY PAUL DIEHL

By:  */s/ Anthony P. Diehl*
ANTHONY P. DIEHL
Attorneys for Plaintiff
MICHELLE VELOTTA

### SIGNATURE CERTIFICATION

Pursuant to Central District Local Civil Rules, L.R. 5-4.3.4, I hereby certify that the content of this document is acceptable to counsel for Plaintiff, Anthony Paul Diehl, and that I obtained Mr. Diehl's authorization to affix his electronic signature to this document.

DATED: February 14, 2025    By:  */s/ Ethan B. Shakoori*
ETHAN B. SHAKOORI

# PROOF OF SERVICE

*Michelle Velotta v. Midland Credit Management, Inc.*
Case No. 5:24-cv-01546-MWF-SHK

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Diego, State of California. My business address is 401 B Street, Suite 1200, San Diego, CA 92101.

On February 14, 2025, I served true copies of the following document(s) described as **STIPULATION FOR DISMISSAL WITH PREJUDICE AND PROPOSED ORDER** on the interested parties in this action as follows:

| | |
|---|---|
| **Law Office of Anthony Paul Diehl**<br>Anthony Paul Diehl<br>104 Blue Note<br>Irvine, CA 92618<br>Email: anthony@apdlaw.net | Attorney for Defendant MICHELLE VELOTTA |

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

Executed on February 14, 2025, at San Diego, California.

*Sylvia Durazo*
Sylvia Durazo