JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| MICHELLE VELOTTA,<br><br>         Plaintiff,<br><br>    v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>         Defendant. | Case No. 5:24-cv-01546-MWF(SHKx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The Court has reviewed the parties' Stipulation for Dismissal with Prejudice. (Docket No. 21). For good cause shown, this action is hereby DISMISSED in its entirety with prejudice. Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: February 14, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge